```
 1 | AARON D. FORD
   |   Attorney General
 2 | CHARLES D HOPPER (Bar No. 6346)
   |   Deputy Attorney General
 3 | State of Nevada
   | Office of the Attorney General
 4 | 555 East Washington Avenue
   | Suite 3900
 5 | Las Vegas, Nevada  89101
   | (702) 486-3655 (phone)
 6 | (702) 486-3773 (fax)
   | Email:  cdhopper@ag.nv.gov
 7 | Attorneys for Defendants
   | Scott Mattinson, Jennifer Nash,
 8 | Martin Naughton, Theresa Wickham,
   | and Brian Williams
 9 |
```



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MAY, | Case No. 2:19-cv-00161-RFB-VCF |
| Plaintiff, | ORDER |
| v. | ~~STIPULATION~~ AND ORDER FOR EXTENSION OF STAY FOR SETTLEMENT PURPOSE |
| SCOTT MATTINSON, et al., | |
| Defendants. | |

Defendants Scott Mattinson, Jennifer Nash, Martin Naughton, Theresa Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Charles D Hopper, Deputy Attorney General, and Plaintiff, Gregory May, by and through counsel Angela Dows, hereby agree and stipulate to extend the stay for settlement purposes until January 9, 2020, the same day as a status hearing is scheduled in this matter.

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted). The parties submit there is good cause to extend the stay in this matter until January 9, 2020.

1. On July 29, 2019, the Court issued an order staying the case for ninety (90) days so that the parties could participate in an early mediation conference. ECF No. 36. The stay is currently set to expire today, October 28, 2019. Along with the stay, the Court scheduled a status conference for January 9, 2020. *Id.*

2. On October 11, 2019, the parties participated in a mediation conference. ECF No. 39. The parties did not reach a settlement during the conference, but agreed to continue their talks informally and requested a second mediation conference in an effort to resolve or narrow the issues in dispute. *Id.*

3. The Court ordered the second mediation conference and it is now set for December 20, 2019. ECF No. 40. Given that a status hearing is scheduled shortly thereafter for January 9, 2020, Defendants and Plaintiff stipulate that the Court extend the stay until the January 9, 2020 status hearing so that the parties can resolve or narrow the issues in dispute through settlement discussions.

DATED this 28th day of October, 2019.

CORY READE DOWS & SHAFER

By: /s/ *Angela H. Dows*
ANGELA H DOWS, ESQ.
Nevada Bar No. 10339
1333 N. Buffalo Dr, Ste. 210
Las Vegas, NV 89128
*Attorney for Plaintiff*

DATED this 28th day of October, 2019.

AARON D. FORD
Attorney General

By: /s/ *Charles D Hopper*
CHARLES D HOPPER, ESQ.
Nevada Bar No. 6346
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants Scott Mattinson, Jennifer Nash, Martin Naughton, Theresa Wickham, and Brian Williams*

## ORDER

**IT IS SO ORDERED.** This matter is stayed until January 9, 2020.

Dated this 29th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE