AARON D. FORD
 Attorney General
CHARLES D HOPPER (Bar No. 6346)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3655 (phone)
(702) 486-3773 (fax)
Email: cdhopper@ag.nv.gov
*Attorneys for Defendants
Scott Mattinson, Jennifer Nash, Martin Naughton,
Theresa Wickham, and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY MAY,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MATTINSON, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00161-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |

Defendants Scott Mattinson, Jennifer Nash, Martin Naughton, Theresa Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Charles D Hopper, Deputy Attorney General, and Plaintiff, Gregory May, by and through counsel Angela Dows, hereby agree and stipulate to extend the time to file the Discovery Plan and Scheduling Order until March 13, 2020. The Discovery Plan and Scheduling Order is currently due to be filed today, February 10, 2020.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | This is the Parties' first request to extend the deadline. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. |

DATED this 10th day of February, 2020.  DATED this 10th day of February, 2020.

CORY READE DOWS & SHAFER

By: /s/ Angela H. Dows
ANGELA H DOWS, ESQ.
Nevada Bar No. 10339
1333 N. Buffalo Dr, Ste. 210
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Charles D Hopper
CHARLES D HOPPER, ESQ.
Nevada Bar No. 6346
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants Scott Mattinson, Jennifer Nash, Martin Naughton, Theresa Wickham, and Brian Williams*

## ORDER

**SO ORDERED.** The Parties shall have until march 13, 2020 to file their Discovery Plan and Scheduling Order.

Dated this 10th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE