AARON D. FORD
  Attorney General
CHARLES D. HOPPER (BAR NO. 6346)
  Deputy Attorney General
State of Nevada
Public Safety Division
555 East Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Tel: (702) 486-4070
E-mail: cdhopper@ag.nv.gov
*Attorneys for Defendants*
*Scott Mattinson, Jennifer Nash, Martin Naughton,*
*Theresa Wickham, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MAY,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MATTINSON, *et al.*,<br><br>Defendant. | Case No. 2:19-cv-00161-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE FOR FILING AN ANSWER OR RESPONSIVE PLEADING** |

Defendants, Scott Mattinson, Jennifer Nash, Martin Naughton, Theresa Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Charles D Hopper, Deputy Attorney General, and Plaintiff, Gregory May, by and through counsel Angela Dows, hereby agree and stipulate to extend Defendants' Deadline for Filing an Answer or Responsive Pleading to the First Amended Complaint to March 13, 2020.

/ / /

/ / /

/ / /

/ / /

1

This is the Parties' first request to extend this deadline. The Parties represent that this Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 20th day of February, 2020.

CORY READ DOWS & SHAFER

By: /s/ Angela H. Dows
ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
1333 N. Buffalo Dr., Ste. 210
Las Vegas, NV 89128
*Attorney for Plaintiff*

DATED this 20th day of February, 2020.

AARON D. FORD
Attorney General

By: /s/ D. Randall Gilmer
CHARLES D. HOPPER, ESQ.
Nevada Bar No. 6346
signed on his behalf by
D. Randall Gilmer
Nevada Bar No. 14001
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

**SO ORDERED.** The Defendant shall have until March 13, 2020 to file an Answer or Responsive Pleading to the First Amended Complaint.

Dated this 24th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE