# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY MAY, <br><br> PLAINTIFF, <br><br> v. <br><br> MATTINNSON., *et al.*, <br><br> DEFENDANT'S, | Case No. 2:19-cv-00161-RFB-VCF <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants Hammel, Monique Hubbard-Pickett, Hinckle, Rodriguez, Hosely, Robins, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant Hammel, Monique Hubbard-Pickett, Hinckle, Rodriguez, Hosely, Robins.

DATED this 10th day of March, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**