# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GREGORY MAY,

        Plaintiff,

vs.

SCOTT MATTINSON, *et al.*,

        Defendants.

2:19-cv-00161-RFB-VCF

**ORDER**

Before the Court is the Motion for Leave of Court to File Second Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ECF No. 50).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed. Here, it would seem at though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Leave of Court to File Second Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ECF No. 50) is GRANTED.

IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order on or before May 1, 2020.

DATED this 30th day of March, 2020.

                                                                         _____
                                                                         CAM FERENBACH
                                                                         UNITED STATES MAGISTRATE JUDGE