ANGELA H. DOWS, ESQ.
Nevada Bar No. 010339
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
E-Mail: adows@crdslaw.com
*Pro Bono Counsel Referred via the
Legal Aid Center of Southern Nevada*
for Plaintiff GREGORY MAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| GREGORY MAY, | ) |
| | ) Case No.: 2:19-cv-00161-RFB-VCF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM A. GITTERE, in his individual and official capacities; | ) **STIPULATION AND ORDER TO SUBSTITUTE DEFENDANT** |
| THERESA WICKHAM, in her individual and official capacities; | ) **FREDERICK HAMMEL IN PLACE OF DEFENDANT** |
| MARTIN NAUGHTON, M.D., in his individual and official capacities; | ) **CASEWORKER HAMMELL** |
| BRIAN WILLIAMS, in his individual and official capacities; | ) |
| JENNIFER NASH, in her individual and official capacities; | ) |
| CASEWORKER HAMMELL, in his/her individual and official capacities; | ) |
| MONIQUE HUBBARD-PICKETT, in her individual and official capacities; | ) |
| THOMAS HINCKLE, in his individual capacity; | ) |
| C/OT A. RODRIGUEZ also known as AMANDA ARIAS, in her individual capacity; | ) |
| TIMOTHY HULSEY, in his/her individual capacity; | ) |
| COREY ROWLEY, in his individual capacity; | ) |
| CHRISTOPHER MILLER, in his | ) |

individual capacity;  )
STEFFEN MOSKOFF, in his individual )
capacity; )
DAMIEN ROBINS, in his individual )
capacity, )
                                                      )
                    Defendants. )

Plaintiff Gregory May, by and through his counsel, Angela H. Dows, Esq., and Defendants Scott Mattinson, Stephen Moskoff, Jennifer Nash, Martin Naughton, Corey Rowley, Theresa Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Alexander J. Smith, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit their Stipulation and Order to substitute in served Defendant Frederick Hammel in the place and stead of Defendant CASEWORKER HAMMELL pursuant to Fed. R. Civ. P. 17 and Fed. R. Civ. P. 4.

Dated this 3rd day of March, 2021.

                                    Respectfully submitted,
                                    /s/ Angela H. Dows
                                  ANGELA H. DOWS, ESQ.
                                  1333 N. Buffalo Drive, Suite 210
                                  Las Vegas, Nevada 89128
                                  *Pro Bono Counsel Referred via the*
                                  *Legal Aid Center of Southern Nevada*
                                  for Plaintiff GREGORY MAY

I.   **APPLICABLE LAW**

Fed. R. Civ. P. 17(a)(3) provides:

(3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

Fed. R. Civ. P. 4(a)(1)(B) additionally provides that the summons be directed to the defendant.

II.   **STIPULATION**

The parties submit that Defendant Frederick Hammel be substituted in the place and stead of Defendant CASEWORKER HAMMELL in the subject action. This is based upon the following:

    a.   That Plaintiff's original and amended complaint(s) included a Defendant named CASEWORKER HAMMELL because discovery and conferring needed to determine the exact name of said caseworker.

    b.   That Plaintiff was able to determine that CASEWORKER HAMMELL was Frederick Hammel. Plaintiff served Frederick Hammel with the issued Summons and operative Complaint on September 14, 2020. Proof of service was filed with this court on October 5, 2020. (*See* Doc. No. 65.)

    c.   That to clarify the party identities, Defendant CASEWORKER HAMMELL is Frederick Hammel, and is intended as Defendant CASEWORKER HAMMELL in the subject action.

d. Plaintiff Gregory May has been advised of the stipulation, and assents to the same.

e. Thus, the parties agree that:

1. The operative complaint in this action shall be deemed amended to substitute Defendant CASEWORKER HAMMELL, with Defendant Frederick Hammel.

2. There has been no Answer filed for or on behalf of Defendant CASEWORKER HAMMELL, or substituted Defendant Frederick Hammel.

3. No other changes to the other named Defendants are contemplated via the instant stipulation.

DATED: March 3, 2021

/s/ Angela H. Dows
ANGELA H. DOWS, ESQ.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

DATED: March 3, 2021

/s/ Alexander J. Smith
ALEXANDER J. SMITH, ESQ.
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 5th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE