AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 159741
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Defendants*
*William Gittere, Jennifer Nash,*
*Martin Naughton, Theresa*
*Wickham, Brian Williams,*
*Steffen Moskoff, and*
*Corey Rowley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MAY,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT MATTINSON, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-00161-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br>**(Ninth Request)** |

    Plaintiff Gregory May, by and through counsel Angela H. Dows, Esq., and Defendants, William Gittere, Jennifer Nash, Martin Naughton, Theresa Wickham, Brian Williams, Steffen Moskoff, and Corey Rowley, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Stipulation to Extend the current deadline to file dispositive motions in this matter. The Court, in ECF No. 98, ordered Dispositive Motions be filed by October 10, 2022.

    Counsel for Defendants has recently been assigned the matter and needs additional time review and file any appropriate dispositive motions. Additionally, Counsel for Plaintiff and Chief Deputy Attorney General D. Randall Gilmer held a Settlement Conference on September 30, 2022. At that conference, the Parties discussed and agreed

to an extension of time to file dispositive motions. The Parties agreed to extend the deadline from October 10, 2022, to **November 21, 2022.** So, the Parties respectfully request the Court grant the request, and extend the deadline to file dispositive motions.

    The Parties submit that there is good cause to extend the deadline to file dispositive motions from October 10, 2022, to **November 21, 2022**. New counsel for Defendants has recently been assigned the matter and still has yet to make a formal appearance. Additionally, the Parties have discussed the potential for settlement, which may continue between the Parties. Therefore, the parties submit that good cause does exist for this extension.

DATED: October 5, 2022.
/s/ Angela H. Dows
ANGELA H. DOWS, ESQ.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Attorney for Plaintiff

DATED: October 5, 2022.
/s/Andrew C. Nelson
ANDREW C. NELSON, ESQ.
Deputy Attorney General
State of Nevada
100 N. Carson Street Carson City, NV 89701-4717
Attorneys for Defendants

IT IS HEREBY ORDERED that the Joint Pretrial Order must be filed on or before December 21, 2022. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    10-6-2022
_____

Page **2**