McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

*Attorneys for Defendants William Gittere, Jennifer Nash, Martin Naughton, Theresa Wickham, Brian Williams, Steffen Moskoff, and Corey Rowley*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GREGORY MAY, | Case No. 2:19-cv-00161-RFB-VCF |
| Plaintiff, | **JOINT STATUS REPORT IN RESPONSE TO ECF No. 109** |
| v. | |
| SCOTT MATTISON, et al., | |
| Defendants. | |

Plaintiff Gregory May, by and through counsel Angela H. Dows, Esq., and Defendants, William Gittere, Jennifer Nash, Martin Naughton, Theresa Wickham, Brian Williams, Steffen Moskoff, and Corey Rowley, by and through counsel, Frank A. Toddre, II, Esq., and Mandy Vogel, Esq., hereby submit this Joint Status Report to update this Honorable Court as to the condition of settlement proceedings.

On January 8, 2023 the State filed a "Notice of Settlement" representing the parties have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs in accordance with the terms of settlement. [ECF No. 108].

In response, the Court ordered that the parties shall file settlement documents, stipulation for dismissal or joint status report within 60 days. [ECF No. 109].

1  The State is still in the process of remitting payments to Plaintiff and his counsel.
2  Specifically, the Tort Fund has processed proceeds for Mr. May's Settlement and is confirming
3  delivery instructions.  Secondly, as this Court is aware, State settlements generally are processed
4  through two separate written instruments, one from the tort fund and one from the germane state
5  division.

6  The parties are aware that the NDOC portion of payment may be delayed two (2) to three
7  (3) weeks due to budgeting/funding for the State as they await approval of funds from the current
8  legislative session.

9  The parties respectfully request another 60 days to submit and finalize settlement/dismissal
10 papers for this Courts review.  The undersigned is available to provide testimony or affidavit if this
11 Court would prefer further detail as to these representations.

DATED: March 9, 2023                                  DATED: March 9, 2023

By: ___/s/ Angela H. Dows___                        By: ___/s/ Frank A. Toddre, II___
Angela H. Dows                                              Frank A Toddre, II
Nevada Bar No. 10339                                   Nevada Bar No. 11474
CORY READE DOWS & SHAFER                    Mandy Vogel
1333 N. Buffalo Dr., Ste. 210                           Nevada Bar No. 16150
Las Vegas, NV 89128                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                           WAYTE & CARRUTH LLP
*Attorney for Plaintiff*                                     8337 W. Sunset Rd., Ste. 350
                                                                           Las Vegas, NV 89113
                                                                           *Attorneys for Defendants*

APPROVED:

DATED this 16th day of March, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2023, a true and correct copy of **JOINT STATUS REPORT IN RESPONSE TO ECF No. 109** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

8966074.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

3   Case No. 2:19-cv-00161-RFB-VCF
JOINT STATUS REPORT IN RESPONSE TO ECF No. 109