FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants William Gittere, Jennifer Nash, Martin Naughton, Theresa Wickham, Brian Williams, Steffen Moskoff, and Corey Rowley*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GREGORY MAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT MATTISON, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00161-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Gregory May, by and through counsel Angela H. Dows, Esq., and Defendants, William Gittere, Jennifer Nash, Martin Naughton, Theresa Wickham, Brian Williams, Steffen Moskoff, and Corey Rowley, by and through counsel, Frank A. Toddre, II, Esq., hereby submit this Stipulation to Dismiss. (Collectively "The Parties")

On January 8, 2023 the State filed a "Notice of Settlement" representing the parties have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs in accordance with the terms of settlement. [ECF No. 108].

In response, the Court ordered that the parties shall file settlement documents, stipulation for dismissal or joint status report within 60 days. [ECF No. 109]. The parties filed a Joint Status Report. [ECF No. 110]. The Court provided an additional 60 days to file a joint status report or stipulation to dismiss.

/ / /

1  The State has fully remitting payments to Plaintiff and his counsel.

2  The Parties by and through their respective undersigned counsel of record agree and stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of May 2023.

CORY READE DOWS & SHAFER

 /s/ *Angela H. Dows*
ANGELA H. DOWS
Nevada Bar No. 10339
Joel.schwarz@lewisbrisbois.com
1333 h. Buffalo Dr., Ste. 210
Las Vegas, NV 89128

*Attorneys for Plaintiff*

DATED this 16th day of May 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ *Frank A. Toddre, II*
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383

*Attorneys for Defendants*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of May, 2023.

Submitted By:

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ *Frank A. Toddre, II*
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*State Farm Fire and Casualty Company and*
*The Dwayne Murray Agency*